No. 597. MONTALVO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry G. Singer* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 599. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Lucas T. Clarkston* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 600. HODGE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Clyde W. Atkinson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 601. HORTON & HORTON, INC., v. THE ROBERT E. HOPKINS ET AL. C. A. 5th Cir. Certiorari denied. *Robert Eikel* for petitioner. *Warner Pyne* and *Sweeney J. Doehring* for respondents. *Solicitor General Rankin* for the United States.

No. 602. HARMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert G. Doumar* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 606. RICHFIELD OIL CORP. v. KARSEAL CORPORATION. C. A. 9th Cir. Certiorari denied. *William W. Alsup, Warren M. Christopher* and *William J. De Martini* for petitioner. *Thomas G. Baggot* for respondent.